UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL BURNS,

                    Plaintiff,

v.

KELLY ENTERPRISES OF STATEN ISLAND,
LLC, NURNBERGER CORPORATION, and
ROBERT KELLY

                    Defendants.
-----------------------------------------------------------X

**ORDER**
16-CV-6251 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court hereby adopts the report and recommendation of the Honorable Magistrate Judge Steven L. Tiscione, ECF No. 37, addressing Plaintiff's motion for damages following default judgment entered in the above-captioned action, ECF No. 28. The Clerk of Court is directed to terminate the motions pending at ECF Nos. 28, 37, and 39.

**SO ORDERED.**

s/WFK
HON. WILLIAM F. KUNTZ, II
United States District Judge

Dated: Brooklyn, New York
       November 9, 2018