**ORIGINAL**

16 cv 6251

**RECEIVED**
AUG 21 2019
PRO SE OFFICE

UNITED STATES DISTRICT COURT OF

EASTERN DISTRICT OF NEW YORK

File Number 16-CV-6251 (WFK)

---------------------------------------------------------------X

MICHAEL BURNS,

                Plaintiff,

    -v-

NURNBERGER CORPORATION D/B/A         NOTICE OF APPEAL

NURNBERGER BIERHAUS, KELLY ENTERPRISES

OF STATEN ISLAND, LLC, and ROBERT KELLY,

                Defendants.

---------------------------------------------------------------X

Notice is hereby given that Defendants, NURNBERGER CORPORATION D/B/A NURNBERGER BIERHAUS, KELLY ENTERPRISES OF STATEN ISLAND, LLC, and ROBERT KELLY (collectively "Defendants") in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from an Order (true copy attached) denying Defendants' motion by Order to Show Cause to vacate default, pursuant to Fed. R. Civ. P. 60(b)(1), which Order was entered in this action on the 23rd day of July, 2019.

Dated: August 21, 2019

                                        _____

                                        ROBERT KELLY, Pro se and as Principal

                                        and Officer of on behalf of NURNBERGER

                                        CORPORATION D/B/A NURNBERGER

                                        BIERHAUS and KELLY ENTERPRISES

                                        OF STATEN ISLAND, LLC, Defendants

                                        817 Castleton Avenue

                                        Staten Island, NY 10310

                                        917-842-7260

TO:

LEVY RATNER, P.C.

Attorneys for Plaintiff/Respondent, Michael Burns

80 Eighth Avenue

New York, NY 10011

212-627-8100