**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of March, two thousand twenty.

_____

Michael Burns,

        Plaintiff - Appellee,

v.

Robert Kelly,

        Defendant - Appellant,

Kelly Enterprises of Staten Island, LLC, Nurnberger Corporation, DBA Nurnberger Bierhaus,

        Defendants.

_____

**ORDER**

Docket No. 19-2672

    By order dated February 7, 2020, the Court denied Appellant's motion for leave to proceed *in forma pauperis* and directed Appellant to pay the filing fee within 30 days of entry of the order or the appeal will be dismissed. Appellant failed to comply with that order. Upon consideration thereof,

    IT IS HEREBY ORDERED that the appeal is dismissed for Appellant's failure to comply with the Court's order dated February 7, 2020.

                                            For the Court:
                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/23/2020